William W. Crehore, Appellant, v. Tuxedo Electric Light Company, Respondent, Impleaded with Fulton Furnace Company, Defendant.— Judgment of the County Court of Orange county affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John Fitzsimmons, an Infant, by Sarah Fitzsimmons, His Guardian ad Litem, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Christopher Fitzsimmons, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

The Flatbush Improvement Company, Respondent, v. Cornelius White, Appellant.— Final order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Arthur B. Fleet and Arthur W. Porter, Appellants, v. Joseph S. Barker, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Seamon Frank, Respondent, v. Queens-Court Realty Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Amanda L. Gilbert, Appellant, v. Leonhard Michel, Respondent.— Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Peter Hemmer and Others, etc., Respondents, v. Caspar Iba, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

John Henry, Appellant, v. Robert Ruddy, Respondent.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Pasquale Iervasi, Respondent, v. City and Suburban Homes Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Herman Isaacs, Appellant, v. The Commercial Company of Salonica, Limited, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 26,096, Issued to James Moore, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.